FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 APR 18 PM 3:04
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Plaintiff<br><br>v.<br><br>RONALD RYAN NEWSOME, LORI MICHELLE MELTON, and AT NEED FUNDING, LLC<br><br>Defendants | CIVIL ACTION FILE NO.<br><br>3:19-CV-00005-DHB-BKE |

## CONSENT ORDER

Having considered the foregoing Joint Motion for Discharge, Payment of Life Insurance Proceeds, and Dismissal with Prejudice, (doc. no. 8) for good cause shown and all parties consenting hereto, it is hereby ordered that:

(a) Each defendant is permanently enjoined and restrained from initiating any other action against Life Insurance Company of North America ("LINA") for recovery of life insurance benefits under Group Policy No. FLX-980355 ("the Basic Life policy") or Group Policy No. FLX-980356 ("the Supplemental Life policy"), or any part thereof;

(b) LINA, Fred's, Inc., and the employee welfare benefit plan sponsored and maintained by Fred's, Inc. ("the Plan") are hereby discharged from all further

liability under the Plan and the Basic Life policy and Supplemental Life policy issued by LINA to fund basic and supplemental life insurance benefits under the Plan, beyond those monies paid in accordance with this Order, which represent the Plan benefits payable by reason of the death of Ronald Newsome, plus accrued interest;

(c) LINA shall issue a check in the amount of $21,221.26 payable to "At Need Funding, LLC," c/o Adam Ribock, MGC Insurance Defense, 1320 Main Street, 10th Floor, Columbia, South Carolina 29201;

(d) LINA shall issue a check in the amount of $88,278.74, plus any accrued interest – representing the remaining life insurance benefits of $92,778.74, less $4,500 for LINA's reasonable attorney's fees, plus any accrued interest – payable to "Lori Michelle Melton and Smith Garner, LLC," c/o James C. Garner, Smith Garner, LLC, 205 N. Franklin Street, Dublin, Georgia 31021; and

(e) This action shall be dismissed with prejudice, without recovery by any party of any costs or fees not specifically set forth in this Order.

SO ORDERED, this 18th day of April, 2019.

_____
Honorable Dudley H. Bowen, Jr.
United States District Judge

Consented to:

s/ *Elizabeth J. Bondurant*
Elizabeth J. Bondurant
Georgia Bar No. 066690
s/ *Nikole M. Crow*
Nikole M. Crow
Georgia Bar No. 198359

Attorneys for Plaintiff Life Insurance
Company of North America

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, N.W., Suite 2400
Atlanta, Georgia 30363-1017
(404) 872-7000 (telephone)
(404) 888-7490 (facsimile)
lisa.bondurant@wbd-us.com
nikole.crow@wbd-us.com

s/ *James C. Garner*
James C. Garner
Georgia Bar No. 285565

Attorney for Defendant
Lori Michelle Melton

SMITH GARNER, LLC
205 N. Franklin Street
Dublin, Georgia 31021
(478) 304-1451 (telephone)
(478) 304-1455 (facsimile)
jcgarner@smithgarner.com

s/ *William D. Taylor, III*
William D. Taylor, III
Georgia Bar No. 214325

Attorney for Defendant
Ronald Ryan Newsome

TAYLOR LAW, LLC
Post Office Box 671
Dublin, Georgia 31040
(478) 353-1311 (telephone)
(478) 352-0187 (facsimile)
trey@wdtaylorlaw.com

s/ *J. Adam Ribok*
J. Adam Ribok
Georgia Bar No. 881297

Attorney for Defendant
At Need Funding, LLC

MGC INSURANCE DEFENSE
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
(803) 779-2300 (telephone)
adam.ribock@mgclaw.com